Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
*chris.johnstone@wilmerhale.com*

Jennifer Milici (*pro hac vice*)
Susan A. Musser (*pro hac vice*)
John O'Toole (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
*jennifer.milici@wilmerhale.com*
*susan.musser@wilmerhale.com*
*john.o'toole@wilmerhale.com*


*Attorneys for Defendant Apple Inc.*

Willmore F. Holbrow III, SBN 169688
Michael J. Worth, SBN 291817
BUCHALTER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Telephone: (213) 891-0700
*wholbrow@buchalter.com*
*mworth@buchalter.com*

Jonathon Talcott (*pro hac vice*)
BUCHALTER
15279 N Scottsdale Road, Suite 400
Scottsdale, AZ 85254
Telephone: (480) 383-1873
*jtalcott@buchalter.com*


*Attorneys for Plaintiff Crema Social, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CREMA SOCIAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 5:25-cv-08905-EKL (VKD)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING DATE PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>Judge: The Honorable Eumi K. Lee |

Pursuant to Civil Local Rule 6-2, Plaintiff Crema Social, Inc. ("Crema Social") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Joint Stipulation and seek an Order to continue the March 11, 2026 hearing on Apple's pending motion to dismiss and motion to stay discovery, as well as the initial case management conference also scheduled for March 11, 2026, to April 15, 2026 at 10:00 a.m. or another time convenient for the Court.

The Parties reference the following circumstances in support of their Joint Stipulation as required by Local Rule 6-2:

WHEREAS, Crema Social filed its Complaint ("Complaint") on October 16, 2025;

WHEREAS, Apple was served with the Complaint on October 29, 2025;

WHEREAS, on October 22, 2025, the Honorable Susan van Keulen recused herself from this action and requested that the action be reassigned;

WHEREAS, on October 22, 2025, this action was reassigned to the Honorable Nathaniel M. Cousins;

WHEREAS, on October 30, 2025, Crema Social declined to proceed before a Magistrate Judge;

WHEREAS, on October 31, 2025, this action was reassigned to the Honorable Eumi K. Lee for all future proceedings, and referred to the Honorable Virginia K. DeMarchi for discovery;

WHEREAS, on October 31, 2025, following reassignment to the Honorable Eumi K. Lee, the Court set the deadline for the Parties to file an initial case management statement to January 21, 2026, and scheduled the initial case management conference for February 4, 2026;

WHEREAS, Apple's deadline to answer or otherwise respond to the Complaint was initially November 19, 2025;

WHEREAS, the deadline for Crema Social's opposition to any motion to dismiss the Complaint was initially December 3, 2025;

WHEREAS, the deadline for Apple's reply in support of any motion to dismiss the Complaint was initially December 10, 2025;

WHEREAS, on November 13, 2025, the Court granted the Parties' first request for an extension of time, setting Apple's deadline to answer or otherwise respond to the Complaint to December 12, 2025; Crema Social's deadline to file an opposition to any motion to dismiss to January 9, 2026; and Apple's deadline to file a reply in support of any motion to dismiss to January 23, 2026;

WHEREAS, pursuant to Section V of the Court's Standing Order for Civil Cases, the Parties reserved a March 11, 2026 hearing date for Apple's motion to dismiss;

WHEREAS, on January 21, 2026, the Parties filed a Joint Case Management Statement in which Plaintiffs requested that the Court set a briefing schedule for Apple's request to stay discovery pending resolution of its motion to dismiss;

WHEREAS, on January 23, 2026, the Court entered an Order setting a briefing schedule for Apple's request to stay discovery in which the Court directed Apple to notice its motion to stay discovery for March 11, 2026 so that it could be heard concurrently with the motion to dismiss, and also continued the initial case management conference to March 11, 2026, to be held in-person following the motion hearing;

WHEREAS, an unforeseen medical emergency will prevent counsel for Apple from appearing at the March 11, 2026 hearing on Apple's pending motions to dismiss and stay discovery and initial case management conference, either in-person or remotely (S. Musser Decl.);

NOW, THEREFORE, the Parties, through their counsel, have met and conferred, and for the reasons stated herein, STIPULATE AND AGREE that:

1.    The hearing on Apple's pending motions to dismiss and stay discovery and the initial case management conference currently scheduled for March 11, 2026 shall be continued to April 15, 2026, or as soon thereafter as is convenient for the Court.

**IT IS SO STIPULATED.**

DATED:  March 9, 2026

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: */s/ Susan A. Musser*
Susan A. Musser (*pro hac vice*)
Jennifer Milici (*pro hac vice*)
John O'Toole (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
*susan.musser@wilmerhale.com*
*jennifer.milici@wilmerhale.com*
*john.o'toole@wilmerhale.com*

Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
*chris.johnstone@wilmerhale.com*

*Attorneys for Defendant Apple Inc.*

DATED:  March 9, 2026

BUCHALTER

By: */s/ Jonathon Talcott*

Jonathon Talcott (*pro hac vice*)
BUCHALTER
15279 N Scottsdale Road, Suite 400
Scottsdale, AZ 85254
Telephone: (480) 383-1873
*jtalcott@buchalter.com*

Willmore F. Holbrow III, SBN 169688
Michael J. Worth, SBN 291817
BUCHALTER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Telephone: (213) 891-0700
*wholbrow@buchalter.com*
*mworth@buchalter.com*

*Attorneys for Plaintiff Crema Social, Inc.*

**[PROPOSED] ORDER**

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT:

The March 11, 2026 hearing on Apple's pending motion to dismiss and motion to stay discovery, as well as the initial case management conference also scheduled for March 11, 2026, are continued to April 15, 2026 at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated __March 9_____, 2026          By: _____

                                        Hon. Eumi K. Lee
                                        United States District Judge

No. 5:25-cv-08905-EKL (VKD)          4          STIPULATION AND [PROPOSED] ORDER
                                                FOR CONTINUANCE OF HEARING DATE